# SARETSKY KATZ & DRANOFF, L.L.P.

**475 PARK AVENUE SOUTH**
**NEW YORK, NEW YORK 10016**

TELEPHONE (212) 973-9797
FACSIMILE  (212) 973-0939

ROCKLAND COUNTY OFFICE
---
450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968

rweissman@skdllp.com

April 28, 2020

*Via ECF and Email:* chambersnysdbriccetti@nysd.uscourts.gov

Hon. Vincent L. Briccetti
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:  Docket No. 20-CV-01201 (VB)
       *Achilles R. Ligeras v. Aron B. Wieder and Alden H. Wolfe*

Dear Judge Briccetti:

  Our firm was recently substituted-in as counsel for defendants Aron B. Wieder and Alden H. Wolfe in the above-referenced matter. (See proposed consent order docketed as PACER item 24.) Yesterday we filed an amended answer to plaintiff's amended complaint. In doing so, we initially inadvertently attached the Court's Notice of Initial Conference to our filing instead of our amended answer. (See PACER docket item 27.) We then filed the correct document as PACER docket item 28. The Court's ECF help desk has advised us that they require a court order to delete item 27 (the notice of conference, erroneously described as an amended answer). As such, we respectfully request an order directing the ECF clerk to delete item 27. Thank you for your consideration.

                Respectfully yours,

                Robert B. Weissman

cc:  *Via E-Mail:* arligeras@gmail.com
   Achilles R. Ligeras
   Plaintiff *Pro Se*

---

APPLICATION GRANTED.  The Clerk is directed to delete Doc. #27 and terminate the letter motion (Doc. #31).

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
4/28/2020