# SARETSKY KATZ & DRANOFF, L.L.P.

**475 PARK AVENUE SOUTH**
**NEW YORK, NEW YORK 10016**

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

rweissman@skdllp.com

ROCKLAND COUNTY OFFICE
450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968

May 12, 2020

*Via ECF and Email:* chambersnysdbriccetti@nysd.uscourts.gov

Hon. Vincent L. Briccetti
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Docket No. 20-CV-01201 (VB)
*Achilles R. Ligeras v. Aron B. Wieder and Alden H. Wolfe*

Dear Judge Briccetti:

We represent defendants Aron B. Wieder and Alden H. Wolfe in the above-referenced matter. Please be advised that the parties are engaged in settlement discussions and are hopeful that the case may be resolved without the need for discovery. As such, we and plaintiff jointly request that the initial case management and scheduling conference scheduled for May 14 be adjourned to May 27, or such other date as is convenient for the Court, in order to allow us to continue discussions with plaintiff. This is our first request to adjourn the initial conference. Thank you for your consideration.

cc: *Via E-Mail:* arligeras@
Achilles R. Ligeras
Plaintiff *Pro Se*

---

**APPLICATION GRANTED.** The conference scheduled for May 14, 2020, is adjourned to May 27, 2020, at 11:30 a.m. The parties shall join by teleconference in accordance with the Court's Order dated April 28, 2020. (Doc. #30). **By May 22, 2020, at 5:00 p.m., plaintiff and defense counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.**

Defense counsel shall inform plaintiff of the adjournment **today** and post proof of service of the same on the ECF docket.

The Clerk is directed to terminate the letter-motion. (Doc. #34).

SO ORDERED:

_Vincent L. Briccetti, U.S.D.J., 5/12/2020_