UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ACHILLES R. LIGERAS,  :
          Plaintiff,  :
            :  **ORDER**
v.  :
            : 20 CV 1201 (VB)
ARON WIEDER and ALDEN WOLFE,  :
          Defendants.  :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 21, 2020. To be clear, any application to restore the action must be filed by July 21, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances, including the conference scheduled for May 27, 2020, are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter-motion (Doc. #37) and close this case.

Dated: May 22, 2020
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge